Closed

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ANNE-MARIE DEHERRERA, individually and on behalf all those similarly situated,

    Plaintiff,

    v.

GARDEN OF LIFE LLC, a Delaware limited liability company,

    Defendant.

Case No. 5:25-cv-03118-JFW-PDx

Hon. John F. Walter

**JUDGMENT**

Pursuant to the Court's Order dated May 26, 2026 (ECF No. 36) granting Defendant's Motion to Dismiss (ECF No. 22),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The First Amended Complaint is DISMISSED WITH PREJUDICE in its entirety.

2. Judgment is entered in favor of Defendant Garden of Life LLC and against Plaintiff Anne-Marie DeHerrera.

3. Plaintiff shall take nothing by way of this action.

4. The Clerk of the Court is directed to close this case.

Dated: June 2, 2026

Hon. John F. Walter
United States District Judge

JUDGMENT; CASE NO. 5:25-cv-03118-JFW-PD